AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ENTREX, INC.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE LAUNDRESS, INC., THE LAUNDRESS, LLC, UNILEVER UNITED STATES INC., CONOPCO, INC. d/b/a UNILEVER HOME AND PERSONAL CARE USA, and XYZ CORP. #1-10<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard Pawelczyk, Esq.
Horn Wright, LLP
400 Garden City Plaza, Suite 500
Garden City, New York 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/18/2025              *Tammi M. Hellwig*              /s/ J. Gonzalez
                                                               *Signature of Clerk or Deputy Clerk*

**RIDER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ENTREX, INC.,

                                      Plaintiff,          Docket No.:

       -against-

THE LAUNDRESS, INC., THE LAUNDRESS, LLC,
UNILEVER UNITED STATES INC.,
CONOPCO, INC. d/b/a UNILEVER HOME AND
PERSONAL CARE USA, and XYZ CORP. #1-10
(fictitiously named),

                                  Defendants.
-------------------------------------------------------------------X

To:

    THE LAUNDRESS, INC.
    247 West 30th Street
    New York, New York 10001

    THE LAUNDRESS, LLC,
    247 West 30th Street
    New York, New York 10001

    UNILEVER UNITED STATES INC.,
    700 Sylvan Avenue
    Englewood Cliffs, New Jersey 07632

    CONOPCO, INC. d/b/a UNILEVER HOME AND PERSONAL CARE USA
    390 Park Avenue
    New York, New York 10022