USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/25/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENTREX, INC.,

                    Plaintiff,

          - against -

THE LAUNDRESS, LLC f/k/a THE
LAUNDRESS, INC.,

                    Defendant.

25 Civ. 1338(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: March 25, 2026
       New York, New York

                              _____
                                  Victor Marrero
                                     U.S.D.J.