UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENTREX, INC.,

Plaintiff,

-against-

THE LAUNDRESS, LLC f/k/a THE LAUNDRESS, INC.,

Defendant.

25-CV-01338 (VM) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Defendant's motion to compel discovery and for discovery sanctions. (ECF 51.) The parties were able to resolve the motion to compel, and so the motion is denied in part as moot to the extent that it seeks to compel discovery. As discussed at the discovery conference held on October 2, 2027, the parties shall meet and confer further on the question of appropriate attorneys' fees and costs in connection with Defendant's discovery motion. The parties shall file a joint letter on the docket by **October 9, 2026** to advise the Court whether they have been able to resolve the issue. If the parties are unable to resolve their dispute, Defendant may file an application seeking reasonable attorneys' fees and costs by **October 13, 2026,** and Plaintiff may file an opposition by **October 20, 2026.**

DATED: October 2, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**